

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 MAY 27  AM 10: 20
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

USMS NTX FTW
2014 MAY 20  AM 12: 00

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-MJ- 244 |
| KANDRA MCKINNEY (07) | |

# WARRANT FOR ARREST

TO:   The United States Marshal and
      Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **KANDRA MCKINNEY** and bring her forthwith to the nearest available magistrate to answer a Complaint charging her with **Conspiracy to Commit Social Security Fraud,** in violation of 18 U.S.C. § 371 and 42 U.S.C. § 408(7)(B)

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 20th day of May 2014.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
6271 Ada Ct. Drive, Ft. Worth, TX.

| DATE RECEIVED: 5/20/14 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 5/21/14 | Robert B. White, Special Agent | [signature] |